UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

2009 SEP 18 PM 12: 22

In Re:                                                          Case No. 05-22301-JH

Loos, Loretta Beth                          :                   Chapter 7
                                             :
            Debtor(s)                        :                  Judge Hopkins

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $726.05 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Midwest Verizon Wireless<br>AFNI/Verizon Wireless<br>P. O. Box 3397<br>Bloomington, IL   61701 | 2 | 726.05 |

Dated: September 17, 2009                    /s/ Thomas J. Geygan, Sr.
                                             THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee